UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                              :

BABATUNDE KAREEM AGORO,

                                              :          **ORDER**

          Petitioner,

                                              :       09 Civ. 8111 (SAS)

     -against-

                                              :

THE DISTRICT DIRECTOR FOR
IMMIGRATION CUSTOM                   :
ENFORCEMENT; THE DEPARTMENT
OF HOMELAND SECURITY;              :
ATTORNEY GENERAL OF UNITED
STATES,                                         :

          Respondents.                :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        On November 10, 2009, this Court granted petitioner's application for the appointment of counsel and directed the Pro Se Office to place petitioner on the voluntary pro bono panel list. However, given that Agoro has filed a petition under 28 U.S.C. § 2241, he may be appointed counsel pursuant to the Criminal Justice Act ("CJA"). Accordingly, the CJA Office is directed to designate an attorney from its habeas panel to represent petitioner henceforth. The CJRA Office is directed to forward petitioner's letter, received by Chambers on November 10, 2009 and attached to this Order, to whomever is chosen to represent

petitioner. The November 10, 2009 Order is hereby vacated (Document # 7). The Clerk of the Court is directed to remove Document # 7 from the docket but not re-open petitioner's application for the appointment of counsel (Document # 5), which remains closed.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
November 16, 2009

## - Appearances -

**Petitioner (Pro se):**

Babatunde Kareem Agoro
# A24624753
Varick Federal Detention Center
201 Varick Street, 4th floor
New York, NY 10014

**For Respondent:**

Patricia L. Buchanan
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007
(212) 637-3274

NOVEMBER 8TH 2009
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK NEW YORK 10007



NOV 10 2009

RE: REQUEST TO BE RELEASED FROM DETENTION

YOUR HONOR,

MY NAME IS KAREEM BABATUNDE AGORO (FILE NO. A024624753) I AM DETAINED AT THE VARICK DETENTION CENTER IN NEW YORK, I HAVE BEEN IN POST REMOVAL DETENTION FOR APPROXIMATELY 350 DAYS AND I AM SEEKING A RELEASE, SUPERVISED OR OTHERWISE ALTERNATIVELY BOND OR PAROLE, IF RELEASED, I WILL GO TO MY HOME ON 3325 NEPTUNE AVENUE BROOKLYN. I LIVE WITH MY UNITED STATES CITIZEN WIFE AND UNITED STATES CITIZEN CHILDREN WHICH INCLUDES MY 15 YEAR OLD DAUGHTER TOYIN AGORO I ALSO HAVE A DAUGHTER KAREEMOT WHO IS 30, A SON KAREEM WHO IS 27, A SON SHERIFF WHO IS 23 AND A DAUGHTER ADEDOYIN WHO IS 19. I HAVE THREE GRAND CHILDREN WHO ARE ALL U.S. CITIZENS.

I HAVE BEEN IN ICE CUSTODY SINCE NOVEMBER 2008 BASED ON A FINAL ORDER OF DEPORTATION, I WAS TAKEN INTO CUSTODY AT MY OFFICE IN NEW YORK I FEEL THAT I MEET ALL THE REQUIREMENTS TO BE RELEASED, IN THAT I AM NOT A DANGER TO THE COMMUNITY AND THAT I WILL NOT FLEE NOR ESCAPE FROM THE (DHS).

I AM NOT A DANGER TO THE COMMUNITY BECAUSE I WOULD LIKE YOU TO CONSIDER THE TYPE OF CRIME THAT I COMMITTED, THE AMOUNT OF TIME THAT HAS LAPSED SINCE I HAVE COMMITTED THE CRIME AND THAT I HAVE BEEN A MODEL LAW ABIDING PERSON SINCE I HAVE COMMITTED THE CRIME. IN 1989 I WAS CHARGED FOR CREDIT CARD FRAUD OF $1600 00/100 ONE THOUSAND SIX HUNDRED DOLLAR. AND IT WAS BASICALLY IN AGREEMENT WITH THE PROSECUTOR AND ADVISE OF MY ATTORNEY TO PLEAD GUILTY TO THE CHARGE FOR $250 00/100 FINE AND 1 YEAR PROBATION SUBSEQUENTLY TO THAT I FAILED TO APPEAR AT THE SENTENCING HEARING FOR WHICH I REGRET WITHOUT RESERVATION AND RATIONALIZATION. I DID NOT INTEND TO BE DISRESPECTFUL, I DID NOT UNDERSTAND HOW IMPORTANT IT WAS FOR ME TO APPEAR AT THAT TIME, I MADE A TERRIBLE MISTAKE BECAUSE OF THE FACT THAT MY WIFE WAS OF A DISEASE OF "UNKNOWN ORIGIN"

PAGE 2

THESE ARE MY ORDEAL AND I WANT TO SAY THAT I TAKE FULL RESPONSIBILITY FOR MY ACTIONS

I DID NOT INTEND ANY DISRESPECT TO THE UNITED STATES NOR ITS SYSTEM OF LAW AND JUSTICE, I HAVE ONLY ADMIRATION AND LOVE FOR MY HOME, I HAVE TAUGHT MY CHILDREN TO LOVE AND RESPECT THEIR COUNTRY AND TO OBEY AND FOLLOW ITS LAWS AND RULES.

IN THE PAST 15 YEARS SINCE MY ORDER TO SHOW CAUSE WAS SERVED UPON ME BY THE INS, I DILIGENTLY TRIED TO CHALLENGE MY DEPORTATION NOT ON THE BASIS THAT I DID NOT COMMIT THESE CRIME BUT ONLY THAT THESE CRIME ARE NOT CRIME UNDER LAW WHICH COMPEL DEPORTATION FROM UNITED STATES.

I HAVE NOT COMMITTED, NOR HAVE BEEN ARRESTED, SUMMONED OR STOPPED FOR ANY REASON SINCE MY CONVICTION FOR THOSE CRIMES I COMMITTED 20 YEARS AGO. IN 1996 UPON THE RECEIPT OF MY ORDER TO SHOW CAUSE FROM THE INS. I WAS GRANTED BOND TO PURSUE MY DEFENSE FROM DEPORTATION. IN THE SUBSEQUENT PERIOD I HAVE NEVER BROKEN THE TERMS IN LETTER OR IN SPIRIT OF THE BOND. I HAVE DILIGENTLY SHOWED UP FOR ALL COURT APPEARANCES AND CALENDARS AND HAVE NEVER

PAGE 7

CONSIDERED FLEEING YOUR JURISDICTION OR RUNNING FROM MY RESPONSIBILITIES. AS MENTIONED BEFORE, I FAILED TO APPEAR FOR MY SENTENCING AND REALIZE HOW WRONG THAT WAS. EVEN THOUGH I HAD NO INTENT TO FLEE THE SYSTEM. ONCE AGAIN, I HAVE THE UTMOST RESPECT FOR YOU AND THE LAWS AND RULES WHICH YOU ENFORCE.

I HAVE DILIGENTLY PURSUED MY DEFENCE FROM DEPORTATION BECAUSE UNDER THE LAW I HAVE NOT COMMITTED AN AGGRAVATED FELONY AND SHOULD NOT BE DEPORTED UNDER 237(a)(2)(A)(iii). MY COUNSEL UNDER AN AGREEMENT TO REPRESENT ME IN INS PROCEEDINGS DID NOT RAISE THE ISSUE OF WHETHER A FAILURE TO APPEAR FOR A SENTENCING HEARING IS AN AGGRAVATED FELONY AND THEREFORE ERRORNEOUSLY CONCEDED THIS ISSUE WITH DIRE CONSEQUENCES TO ME. I HAVE INFORMED THE COUNSEL AND FILED A COMPLAINT TO THE APPROPRIATE DISCIPLINARY AUTHORITIES CONCERNING MY COUNSEL'S FAILURE TO LIVE UP TO HIS LEGAL RESPONSIBILITIES.

I AM ASKING YOUR HONORABLE JUDGE TO BE MY GUARDIAN ANGEL OF GOD TO RESOLVE MY ORDEAL OF 20 YEARS OF A CRIME OF FAILURE TO APPEAR FOR SENTENCING THAT IS NOT INFACT AN AGGRAVATED FELONY

PAGE 4.

I ALSO ASK YOUR HONORABLE JUDGE FOR A SAFETY VALVE AS TO PREVENT THIS BIZARRE OF MISCARRIAGE OF JUSTICE CAUSED BY THE INEFFECTIVE ASSISTANCE OF COUNSEL.

FOR THE REASONS STATED ABOVE, I HUMBLY ASK YOU TO RELEASE ME FROM DETENTION. THANK YOU.

SINCERELY YOURS

Babs Kween Agno

KAREEM BABATUNDE AGORO.

FROM
BABATUNDE KAREEM AZORO
VARICK DETENTION CENTER
201 VARICK STREET 9TH FLOOR
NEW YORK NEW YORK 10014
A024624752

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK NY 10007
ATTENTION HONORABLE JUDGE SHIRA A. SCHEINDLIN